IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:13-cr-130-MHT-SRW |
| ) | |
| JIMMY TEBE SPURLOCK ) | |

**O R D E R**

Upon consideration of the motion for WRIT OF HABEAS CORPUS AD PROSEQUENDUM filed August 28, 2013, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Alabama Department of Corrections, Montgomery, Alabama, commanding them to deliver Jimmy Tebe Spurlock, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on August 28, 2013, at 10:30 a.m., and to return the prisoner to said official when the court shall have finished with him.

Done, this 19th day of August, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE