IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:13-cr-130-MHT |
| | ) | |
| JIMMY TEBE SPURLOCK | ) | |

## MOTION FOR DOWNWARD VARIANCE

**COMES NOW, Jimmy Tebe Spurlock**, by and through undersigned counsel, Stephen P. Ganter, and for the reasons set forth in Mr. Spurlock's Sentencing Memorandum, requests that the Court vary downward from the applicable guideline range.

Dated this 13th day of February, 2014.

Respectfully submitted,

s/ Stephen Ganter
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:13-cr-130-MHT |
| | ) | |
| JIMMY TEBE SPURLOCK | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN P. GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org