IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:13-CR-130-MHT |
| | ) | |
| JIMMY TEBE SPURLOCK | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Jared H. Morris be allowed to withdraw from the above-styled case.

Respectfully submitted this the 13th day of February, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY


*/s/Jared H. Morris*
JARED H. MORRIS
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: jared.h.morris@usdoj.gov

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:13-CR-130-MHT |
| | ) | |
| JIMMY TEBE SPURLOCK | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All attorneys of record.

>
> Respectfully submitted,
>
> */s/Jared H. Morris*
> JARED H. MORRIS
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: jared.h.morris@usdoj.gov